[No. 47234-8-I. Division One. August 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK STEVEN BOWLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-10102-9, Michael J. Trickey, J., entered September 1, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox, A.C.J., and Baker, J.

[No. 47498-7-I. Division One. August 5, 2002.]

DARYL ROY BODEN, *Appellant*, v. TINA K. GREGORY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-26832-8, Jeanette R. Burrage, J., entered September 29, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47744-7-I. Division One. August 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KEEVE WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-04463-3, Dean Scott Lum, J., entered October 27, 2000. *Affirmed as modified* by unpublished per curiam opinion.

[No. 47984-9-I. Division One. August 5, 2002.]

BEULAH BROOKS, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 99-2-16225-1, Palmer Robinson, J., entered December 23, 2000 and January 10, 2001. *Affirmed* by unpublished per curiam opinion.